

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br>Jorge ARGUELLO Juarez,<br><br><br>　　　　　　Defendant. | Magistrate Docket No. **'24  MJ4766**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 18 U.S.C. § 111(a)(1) - Assault on a Federal Officer (Felony)<br><br>Title 8 U.S.C. § 1325 Illegal Entry (Misdemeanor) |

The undersigned complainant being, duly sworn, states:

## Count One

On or about December 19, 2024, within the Southern District of California, defendant, Jorge ARGUELLO Juarez, did intentionally assault person named in Title 18 United States Code, Section 1114, namely United States Customs and Border Protection, Border Patrol Agent, D. Correia, such acts involving punching Agent Correia several times in the stomach and attempted to bite his arm, while engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

Count Two

On or about December 19, 2024, within the Southern District of California, defendant, Jorge ARGUELLO Juarez, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325, a Misdemeanor.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Darnell G. Bembo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON DECEMBER 20, 2024.

_____
HON. STEVE B. CHU
United States Magistrate Judge